UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELLINE BALFOUR,

                              Plaintiff,

                -v-

M.A. LUXURY DESIGN GROUP, INC.,
*et al.*,

                              Defendants.

25-CV-6855 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendants seek an extension of time to set the initial mediation date.  (ECF No. 24.)

The request for an extension is GRANTED.  The parties shall advise the Mediation Office as to

the date, time, and format for the first mediation session by March 13, 2026.

    SO ORDERED.

Dated:  February 17, 2026
    New York, New York

                                            _____
                                            J. PAUL OETKEN
                                            United States District Judge